# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00729-CV

**Pointe San Marcos Partners, LP, Appellant**

**v.**

**EMRES II Texas, LLC, Appellee**

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. 21-0711, THE HONORABLE JOE POOL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Pointe San Marcos Partners, LP has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Appellant's Motion

Filed: January 8, 2025